STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Varell_Fuller@fd.org

Counsel for Defendant  AYALA-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18-00501 BLF |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING TO NOVEMBER 24, 2020 |
| v. | |
| ISMAEL AYALA-CAMACHO, | |
| Defendant. | |

## STIPULATION

The parties acting through their respective counsel hereby stipulate, subject to the Court's approval, that the status hearing currently set for Tuesday, October 13, 2020, be continued to Tuesday, November 24, 2020, at 9:00 a.m.

Mr. Ayala-Camacho is alleged to have violated his supervised release conditions. The conduct alleged in the Form 12 is related to proceedings pending before the Monterey County Superior Court. This matter is trailing the Monterey County case. The parties respectfully ask that the Court continue the October 13, 2020, status hearing because the Monterey County case

STIPULATION AND ORDER;
CR 18-00501 BLF

has not yet resolved.  Specifically, U.S. Probation has advised that the Monterey County case is currently set for a preliminary hearing on October 14, 2020.

Accordingly, the parties respectfully request that the Court continue the status hearing to November 24, 2020, for further status.

IT IS SO STIPULATED.

Dated:  October 9, 2020                                     /s/
                                                  VARELL L. FULLER
                                                  Assistant Federal Public Defender

Dated:  October 9, 2020                                     /s/
                                                  JEFFREY D. NEDROW
                                                  Assistant United States Attorney

//

//

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for Tuesday, October 13, 2020, shall be continued to Tuesday, November 24, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 9, 2020

                                                  HONORABLE BETH L. FREEMAN
                                                  United States District Judge