STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant AYALA-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL AYALA-CAMACHO,<br><br>Defendant. | Case No.: CR 18-00501 BLF<br><br>STIPULATION AND ORDER TO CONTINUE HEARING TO MAY 25, 2021 |

### STIPULATION

The parties acting through their respective counsel hereby stipulate, subject to the Court's approval, that the status hearing currently set for Tuesday, May 18, 2021, be continued to Tuesday, May 25, 2021, at 9:00 a.m.

Mr. Ayala-Camacho is alleged to have violated his supervised release conditions. The conduct alleged in the Form 12 is related to proceedings in Monterey County Superior Court. The Monterey County cases have resolved and the parties have reached a proposed disposition. The parties respectfully ask that the Court continue the May 18, 2021, status hearing to May

25, 2021, and that this matter be set for an admission and immediate sentencing.

Accordingly, the parties respectfully request that the Court continue the status hearing to May 25, 2021, for an admission and immediate sentencing.

IT IS SO STIPULATED.

Dated: May 17, 2021
    /s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: May 17, 2021
    /s/
JEFFREY D. NEDROW
Assistant United States Attorney

//

//

## **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for Tuesday, May 18, 2021, shall be continued to Tuesday, May 25, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 17, 2021

HONORABLE BETH L. FREEMAN
United States District Judge